# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOSE G. AGUIRRE,                          )          Case No. CV 18-08097-JEM
                                          )
                    Plaintiff,            )
                                          )          **JUDGMENT**
            v.                            )
                                          )
ANDREW M. SAUL,                           )
Commissioner of Social Security,          )
                                          )
                    Defendant.            )
_____)

     In accordance with the Memorandum Opinion and Order Affirming Decision of the Commissioner of Social Security filed concurrently herewith,

     IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is dismissed with prejudice.

DATED: <u>October 10, 2019</u>

                                              */s/ John E. McDermott*
                                                JOHN E. MCDERMOTT
                                       UNITED STATES MAGISTRATE JUDGE